UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWARD CASTRO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

    v.

HEMPSTEAD POULTRY, LLC,
HEMPSTEAD POULTRY FARMS, INC., and
JORGE PEREZ,

        Defendants.

**Case No.: 2:22-cv-00671(MKB)(JMW)**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE** that upon the Affirmation of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff EDWARD CASTRO hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants HEMPSTEAD POULTRY, LLC, HEMPSTEAD POULTRY FARMS, INC., and JORGE PEREZ, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affirmation of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, and Plaintiff's Damage Calculations.

Dated: New York, New York
     April 22, 2022

By:  LEE LITIGATION GROUP, PLLC
     */s/ C.K. Lee*
     C.K. Lee (CL 4086)
     Lee Litigation Group, PLLC
     148 West 24th Street, 8th Floor
     New York, NY 10011
     Tel: (212) 661-1008
     Fax: (212) 465-1181
     *Attorney for Plaintiff*